**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CAMARENA,<br><br>        Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES,<br><br>        Defendants. | Case No. EDCV 10-00667 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 18, 2010

                                         VIRGINIA A. PHILLIPS
                                         United States District Judge